# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | **CASE NUMBER 6:20-CR-00041-JDK** |
| **v.** § | |
| § | |
| § | |
| **PAUL KENNEDY (1).** § | |
| § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
## OF FACT AND RECOMMMENDATION ON GUILTY PLEA

The Court referred this matter to the Honorable K. Nicole Mitchell, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea. The Magistrate Judge Recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Counts One, Two and Eight of the Indictment.

The parties have not objected to the Magistrate Judge's findings.

The Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge. The Court also accepts Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with Defendant's guilty plea, the Court finds Defendant Paul Kennedy **GUILTY** of Count One of the Indictment, charging a violation of Title 18 U.S.C. § 2115 – Burglary of a United States Post Office, Count Two of the Indictment, charging a violation of Title

18 U.S.C. § 1708 – Possession of Stolen Mail, and Count Eight of the Indictment, charging a violation of Title 18 U.S.C. § 500 – Possession of Stolen Money Orders.

So **ORDERED** and **SIGNED** this **19th** day of **April, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE